O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSNATION TITLE INSURANCE COMPANY, an Arizona corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AURORA LOAN SERVICES LLC, a Delaware Limited Liability Company,<br><br>    Defendants.<br>_____ | Case No. CV 10-00317 DDP (JEMx)<br><br>**Amended Order Staying Case** |

    On April 6, 2010, the Court ordered the parties to file supplemental briefing addressing whether the Court should stay this action pending the resolution of <u>Lehman Brothers Bank, FSB v. Transnation Title Insurance Company</u>, Los Angeles County Superior Court Case No. BC393674.  (Dkt. No. 24.)  Upon reviewing the parties' supplemental briefs, the Court now stays this case.

    Plaintiff Transnation Title Insurance Company ("Transnation" or "Plaintiff") commenced this action in Los Angeles County Superior Court on December 4, 2009.  Plaintiff contends that it

intended to seek consolidation of the case with <u>Lehman Brothers Bank, FSB v. Transnation Title Insurance Company</u>, Los Angeles County Superior Court Case No. BC393674 (referred to hereinafter as "the State Action"), a case concerning the same real properties and title insurance policies at issue in this case.[1]  Before any such request could be filed, however, Defendant Aurora Loan Services, LLC ("Defendant" or "Aurora") removed this case to federal court, invoking the Court's diversity jurisdiction.  Soon after removing, Defendant filed a Motion to Dismiss, contending that the allegations in Plaintiff's complaint fail to state a claim upon which relief can be granted.  (Dkt. No. 5.)

Upon reviewing the parties briefing on Defendant's Motion to Dismiss, the Court ordered the parties to file supplemental briefing addressing whether this case should be stayed.  (Dkt. No. 24.)  In its supplemental brief, Plaintiff reported that it "is in the process of" filing a motion for leave to file a cross-complaint against Lehman Brothers and Aurora – Lehman Brothers's wholly-owned subsidiary – in the State Action.  If granted, Plaintiff's motion would permit the state court to preside over all of the related claims at issue, thus eliminating the possibility of inconsistent legal rulings and/or findings of fact.

In the interest of judicial economy, the Court stays this case pending a ruling in the State Action on Transnation's motion for

---

[1] Transnation sought to amend its answer in the State Action to include equitable indemnity and contribution affirmative defenses against Lehman (Aurora's parent company) similar, in many respects, to the affirmative claims it asserts in this action against Aurora (Lehman's wholly-owned subsidiary).  The state court sustained Lehman's demurrer to Transnation's equitable indemnity defense on the grounds that, in California, affirmative relief cannot be sought by way of an answer to a complaint.

1  leave to file a cross-complaint against Lehman Brothers and Aurora.
2  The Court orders the parties to provide a copy of this Amended
3  Order to the judge presiding over the State Action.
4      The parties shall promptly notify the Court upon receiving a
5  ruling from the state court on Transnation's motion for leave to
6  file a cross-complaint.  The Court will revisit the need for a stay
7  after reviewing the state court's ruling.[2]

10 IT IS SO ORDERED.

13 Dated: May 13, 2010

                                    _____
                                    DEAN D. PREGERSON
                                    United States District Judge

---

[2] This Amended Order supersedes the Court's April 27, 2010 Order Staying Case (Dkt. No. 30), and corrects several factual errors in the prior order.

3